UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:12-CR-89-5BO
Civil No. 7:16-CV-239-BO

MARCO ANTONIO FLORES-          )
ALVARADO,                      )
                               )
            Petitioner,        )
                               )          ORDER
      v.                       )
                               )
UNITED STATES OF AMERICA,       )
                               )
            Respondent.

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255

Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules

Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned

§ 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this

order.

SO ORDERED. This $\underline{5}$ day of December, 2016.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE