IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:12-CR-00089-M-5

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MARCO ANTONIO FLORES-ALVARADO,

     Defendant.

ORDER

This matter comes before the court on Defendant's pro se Motion for Compassionate Release [DE 282], pro se Motion for Status Update [DE 293], and two counseled Motions to Seal [DE 287, 291]. Defendant was released from federal custody on May 18, 2026. *See Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited May 21, 2026). Accordingly, his motions for compassionate release and a status update [DE 282, 293] are DENIED AS MOOT. For good cause shown, his motions to seal [DE 287, 291] are GRANTED. The Clerk is DIRECTED to maintain the filings at DE 286 at 290 under seal until further order of the court.

SO ORDERED this ____22ᵈ____ day of May, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE